# EXHIBIT C



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

November 21, 2018

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 105139
Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

Innovis Consumer Assistance
P.O. Box 1640
Pittsburgh, PA 15230

Experian Information Solutions, Inc.
12 E 49th Street, 11th Floor
New York, NY 10017

Re: Tammy Riding
Creditor: Synchrony Bank
Account No.: Ending in 6934
SSN:
Address:

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Tammy Riding with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about July 14, 2017, Ms. Riding and Synchrony Bank ("Synchrony") entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request. Pursuant to the terms of the settlement, Ms. Riding was required to make three (3) payments totaling $613.24 to settle and close her Synchrony account. Ms. Riding, via her debt settlement representative, timely made the requisite settlement payments. Proofs of these payments are attached herein for your review.

However, over a year later, Ms. Riding's account continues to be negatively reported. In particular, on a requested credit report dated October 31, 2018, Ms. Riding's account was reported with a status of "CHARGE OFF", a balance of $2,199.00 and a past due balance of $660.00. The relevant portion of Ms. Riding's credit report is attached herein for your review. This trade line was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Carl Rausa, Esq.
Carl.R@gitmeidlaw.com

CR:
Encl.

Tel (212) 226-5081    11 Broadway, Suite 960, New York, NY 10004    Fax (212) 208-2591
www.GitmeidLaw.com

Case: 1:19-cv-00318 Document #: 1-3 Filed: 01/16/19 Page 3 of 3 PageID #:14

